# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1824

_____

United States of America,                    *
                                             *
            Appellee,                         *
                                             *    Appeal from the United States
      v.                                      *    District Court for the
                                             *    Western District of Missouri.
Anthony Scott,                                *
                                             *         [UNPUBLISHED]
            Appellant.                        *

_____

Submitted: August 30, 2006
   Filed:   September 5, 2006

_____

Before RILEY, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

      While Anthony Scott (Scott) was serving the supervised release portion of his
federal sentence on a bank-robbery conviction, the district court[1] revoked supervised
release and sentenced him to serve 8 months in prison and 24 additional months of
supervised release. Scott appeals, arguing for the first time that the court erred by
imposing additional supervised release because, under the law in effect in the
jurisdiction where he was sentenced when he committed his original offense in May

_____

      [1]The Honorable Gary A. Fenner, United States District Judge for the Western
District of Missouri.

1994,[2] a revocation sentence including both imprisonment and additional supervised release was not permissible.

The district court did not commit error, plain or otherwise, in imposing a revocation sentence that included both imprisonment and additional supervised release, because at the time of Scott's offense, 18 U.S.C. § 3583(e)(3) authorized such a revocation sentence.  See Johnson v. United States, 529 U.S. 694, 702, 713 (2000). Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

_____

---

[2]Scott was sentenced in December 1994, in the Eastern District of Washington, to 140 months in prison and 3 years of supervised release.  Jurisdiction over Scott was later transferred to the Western District of Missouri.